OTIS SHIPMAN v. STATE.

No. A-1492.    Opinion Filed December 31, 1912.

Appeal from District Court, Sequoyah County;

John H. Pitchford, Judge.

Jos. L. Hull, Asst. Atty. Gen., for the State.

FURMAN, P. J.  On the 7th day of May, 1910, judgment was rendered against the appellant in the district court of Sequoyah county, wherein he was sentenced to the penitentiary for a term of one year for the crime of robbery. From this judgment appellant attempted to prosecute an appeal, but the transcript of the record was not filed in this court until the 24th day of November, 1911. Under our statute an appeal in a felony case must be perfected by filing transcript of the record within six months from the time of the rendition of the judgment. As the time for filing a transcript of the record in this court had expired, this court did not acquire jurisdiction of the appeal. Said pretended appeal is therefore dismissed with directions to the district court of Sequoyah county to enforce its judgment.

ARMSTRONG and DOYLE, JJ., concur.

G. A. JOHNSTON v. STATE.

No. A-1057 and No. A-1245.    Opinion Filed January 7, 1913.

Appeals from Coal County Court;

R. H. Wells, Judge.

Jahn & Gibson, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  G. A. Johnston was convicted of a violation of the prohibition law and was on the 26th day of January, 1911, sentenced to be confined for a period of 30 days in the county jail and to pay a fine of fifty dollars. In the second case, on a conviction for a similar offense he was on the 11th day of May, 1911, sentenced to be confined for a period of 30 days in the county jail and pay a fine of fifty dollars. From these judgments appeals were perfected. The assignments of error on the appeals are without merit. The judgments of the county court of Coal county are therefore affirmed and the causes remanded thereto with direction to enforce the judgments therein.